UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
SERENE INVESTMENT MANAGEMENT,                :
LLC,                                         :
                       Plaintiff,    :            23 Civ. 4061 (LGS)
:
          -against-                    :            ORDER
:
DEBORAH LIPPMANN, et al.,                    :
                   Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 18, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for July 12, 2023, at 4:20 p.m.;

WHEREAS, none of the Defendants have appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **July 10, 2023**.  If Plaintiff has not been in communication with Defendants, it shall file a status letter regarding efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **July 10, 2023**.

Dated: July 6, 2023
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE