**TRACHTENBERG & ARENA, LLP**
ATTORNEYS AT LAW
420 LEXINGTON AVENUE, SUITE 2818
NEW YORK, NEW YORK 10170

DAVID G. TRACHTENBERG
DTRACHTENBERG@TALAW.LAW

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

July 7, 2023

Application GRANTED.  Counsel for Defendants shall appear by **July 14, 2023**.  Defendants shall answer, move or otherwise respond to the Complaint by **July 14, 2023**, or promptly seek an extension of that deadline.  The initial pretrial conference scheduled for July 12, 2023, is adjourned to **August 16, 2023, at 4:20 P.M.**  The parties shall file their joint letter and proposed case management plan by **August 9, 2023**.

Dated:  July 10, 2023
        New York, New York

**VIA CM/ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Serene Investment Management, LLC v. Deborah Lippmann, et al., Docket No.: 1:23-cv-04061 (LGS)*

Dear Judge Schofield,

This firm represents Plaintiff Serene Investment Management, LLC ("Serene").

Please accept this letter as a motion for an adjournment of the initial pretrial conference currently scheduled to take place by telephone on July 12 at 4:20 pm. There have been no prior requests for this relief.

The summons and complaint in this matter were filed on May 16.

Plaintiff had difficulty effecting service of process but eventually located and served all Defendants by hand on June 9. *See* ECF Dkt. Nos. 7, 8 and 9.

On June 27 a California attorney for Defendants by the name of Zack Levine attempted to reach me by telephone. I called him back on June 28. During that conversation Mr. Levine informed me that Defendants had not yet retained New York counsel. I replied that the last day to respond to the summons and complaint was June 30. Mr. Levine thereupon asked me for an adjournment to allow his clients time to retain New York counsel. I agreed to adjourn the last date to respond to the complaint until July 14.

Copies of this Court's Orders of May 18 and July 6 and of Your Honor's Individual Rules have been e-mailed to Mr. Levine to be forwarded to Defendants or their New York counsel.

It is anticipated that New York counsel will appear for Defendants on or before July 14.

In view of the foregoing, it is respectfully requested that the dates for the initial pretrial conference and for the submission of a joint letter appending a Proposed Civil Case Management Plan and Scheduling Order be adjourned until dates convenient to the Court in August.

Respectfully submitted,

David G. Trachtenberg

cc: Zack Levine, Esq. (by email)

DGT:DL