UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENE INVESTMENT MANAGEMENT, LLC,

                Plaintiff,

-against-

DEBORAH LIPPMANN, JUDE R. SEVERIN, and LIPPMANN ENTERPRISES, L.L.C.,

                Defendants.

23-CV-4061 (JGLC)

**Order**

JESSICA G. L. CLARKE, United States District Judge:

On July 10, 2023, the Court ordered Defendants to respond to Plaintiff's complaint by July 14, 2023, or otherwise seek an extension of that deadline (ECF No. 11). As of July 26, 2023, corporate Defendant Lippmann Enterprises, LLC has not responded to Plaintiff's complaint, nor has it sought an extension of the Court's deadline. No counsel has appeared for Defendant Lippman Enterprises. This action is hereby stayed for 60 days to allow Defendant Lippmann Enterprises to obtain counsel and for that counsel to respond to Plaintiff's complaint.

Defendant Lippmann Enterprises should be aware that a corporation must be represented by counsel. *See, e.g., Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) (limited liability companies); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (corporations). Therefore, if no new counsel has appeared on behalf of Defendant Lippmann Enterprises at the end of this 60-day period, Plaintiff may file a motion for default for failure to defend pursuant to Federal Rule of Civil Procedure 55.

Counsel for Plaintiff are directed to serve a copy of this order on Defendant Lippman Enterprises on or before **July 31, 2023**, with proof of service filed on the docket.

Dated: July 27, 2023
      New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge