**TRACHTENBERG & ARENA, LLP**
ATTORNEYS AT LAW
380 LEXINGTON AVENUE, SUITE 3300
NEW YORK, NEW YORK 10168

DAVID G. TRACHTENBERG
DTRACHTENBERG@TALAW.LAW

TELEPHONE (212) 972-1375
TELECOPIER (212) 972-1376
WWW.TALAW.LAW

December 16, 2024

**VIA CM/ECF**

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

      Re:      <u>*Serene Investment Management, LLC v. Deborah Lippmann, et al.*, Docket No.: 1:23-cv-04061 (JGLC)</u>

Dear Judge Clarke,

This firm is former counsel to Plaintiff Serene Investment Management, LLC ("Serene").

I am pleased to advise the Court that the fee dispute between Trachtenberg & Arena, LLP ("T&A") and Serene has been resolved.

Accordingly, T&A's motion for an order restoring this case to the docket and enforcing T&A's charging lien (Dkt. Nos. 52 to 54) is hereby withdrawn.

The Clerk of Court is respectfully directed to terminate ECF No. 52.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 17, 2024
      New York, New York

Respectfully submitted,

*/s/ David Trachtenberg*
David G. Trachtenberg
Trachtenberg & Arena, LLP
380 Lexington Avenue, Ste. 3300
New York, NY 10168
T: (212) 972-1375